UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OLIVEIRA,<br><br>  Petitioner,<br><br>  v.<br><br>RICK HILL, Warden,<br><br>  Respondent. | Case No. 2:18-10269 VBF (ADS)<br><br>ORDER ACCEPTING THE REPORT AND RECOMMENDATION:<br><br>Denying Habeas Corpus Petition and Dismissing the Case (JS-6) |

Neither party has objected to the Report and Recommendation.

Finding no error of law, fact, or logic, **the Court ADOPTS the Report & Recommendation and DENIES the habeas corpus petition.**

**Final judgment will be entered as a separate document.**

**This action is DISMISSED with prejudice and TERMINATED (JS-6).**

DATED: May 21, 2021          /s/ Valerie Baker Fairbank
                      _____
                      The Hon. VALERIE BAKER FAIRBANK
                      Senior United States District Judge