JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OLIVEIRA,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | Case No. 2:18-10269 VBF (ADS)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 21, 2021

/s/ Valerie Baker Fairbank
_____

THE HON. VALERIE B. FAIRBANK
Senior United States District Judge